Note: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1367

MGM WELL SERVICES, INC,

Plaintiff-Appellee,

v.

MEGA LIFT SYSTEMS, LLC,

Defendant-Appellant.

J. Dean Lechtenberger, Howrey LLP, of Houston, Texas, argued for plaintiff-appellee. With him on the brief were Richard L. Stanley, Eric S. Schlichter, and Tyler T. VanHoutan.

Charles W. Alworth, Alworth Law & Engineering, of Tyler, Texas, argued for defendant-appellant.

Appeal from: United States District Court for the Southern District of Texas

Judge Nancy F. Atlas

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1367

MGM WELL SERVICES, INC.,

Plaintiff-Appellee,

v.

MEGA LIFT SYSTEMS, LLC,

Defendant-Appellant.

# Judgment

ON APPEAL from the      United States District Court for the Southern District of Texas

in CASE NO(S).      05-CV-1634

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, SCHALL, and LINN, <u>Circuit Judges</u>).

<u>AFFIRMED.  See Fed. Cir. R. 36.</u>

ENTERED BY ORDER OF THE COURT

DATED:  <u>February 19, 2008</u>      <u>/ s /  *Jan Horbaly*</u>
                                                    Jan Horbaly, Clerk